# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Blue Elizabeth Monroe,
Plaintiff,

v.

Bob's Discount Furniture LLC,
Defendant(s).

Case No. 3:20CV1713 (MPS)
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: 95 Huntington Ave. New Haven, CT 06512

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 515 Boston Post Rd., Orange, CT 06477

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

[ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): _____

(B) ☑ Termination of my employment. I was terminated from my employment on the following date: 8/20/2019.

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): _____

(D) ☒ Other acts as specified below: _____
Retaliation, Hostile work environment, harassment and wrongful termination

2

5. The conduct of the Defendant(s) was discriminatory because it was based upon: race ☒, color ☐, religion ☐, sex ☐, age ☐, national origin ☐ or disability ☐. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

_____

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

( See Attached Sheets )

_____

_____

_____

_____

_____

_____

_____

7. The approximate number of persons who are employed by the Defendant employer I am suing is: 30 (In the Orange CT Location)

8. The alleged discrimination occurred on or about the following date(s) or time period: Jan 2018 – Aug 2019

Monroe

11/13/2020

United States District Court District of Connecticut


Blue Elizabeth Monroe
    Plaintiff
       V.
Bob's Discount Furniture LLC,
    Defendant(s).


The Facts surrounding my claim of employment discrimination are as follows:

I, The plaintiff Blue Monroe, Is an African American female. I worked for Bob's Discount Furniture LLC. in the Orange, CT location from January 30, 2017- August 21, 2019 (2yrs 7mos). I started as an Office Associate. January 22,2018, as an Office Associate, I put in a request to advance into fulltime sales via email, to five managers. Immediately after management was aware of my request, I experienced a change in behavior from management and incidents of discrimination, harassment, hostile work environment, which was severe and pervasive, which a reasonable person would consider intimidating, hostile, and abusive.

1. After January 2018, my direct supervisor Kathlyn Greenhill, intentionally moved the other office associate's chairs, leaving me sitting alone. This would happen when I would come back from my lunch.
   A. Management that would handle orders, suddenly would not give me work assignments.
   B. Managers did not inform me of new company procedures.
   C. Managers did not introduce me to new hires or have me interact with them.

2. February 3, 2018, Store Mgr. Janet Manfield called me in the office with another manager and informed me I had to now notify managers when I was going on break, when there was no such policy implemented before I asked for a Sales position.

3. June 14, 2018, Manager Jennifer Hertz called me in the office to reprimand me about not opening a door for a customer, while I was exiting the building for a lunch break.

4. June 27, 2018, I called a UFCW Union meeting to discuss the mistreatment and disrespectful conduct I've been experiencing from management since I requested a sales position.

5. July 12, 2018, I left work early due to emotional distress. I noted in work comments it was due to coworker and Mgr. Hertz.

6. July 24, 2018, I made a complaint regarding an aggressive coworker to management and they refused to follow management policy and procedures for workplace violence. HR. scheduled a

9. ☑ I filed charges with the:

    ☑ Equal Employment Opportunity Commission

    ☐ Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: 8|20|2020.

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _____

_____

_____

_____

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

    ☐ Injunctive orders (specify the type of injunctive relief sought): _____

_____;

    ☐ Backpay;

4

☐ Reinstatement to my former position;

☐ Monetary damages (specify the type(s) of monetary damages sought): _____;

☒ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): _Compensatory relief and punitive damages $300,000_____;

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby   DO ☒   DO NOT ☐ demand a trial by jury.

_____   _[signature]_____
Original signature of attorney (if any)   **Plaintiff's Original Signature**

| |
|---|
| ~~Printed Name and address~~ |

_Blue Monroe_
~~Printed Name and address~~
95 Huntington Ave
New Haven, CT 06512

( ) _____   (203) 909-3475
Attorney's telephone    Plaintiff's telephone

                              blue1152@yahoo.com
Email address if available    Email address if available

Dated: 11-13-20 .

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at New Haven on 11/16/2020.
       (location)                             (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/23/16)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

JFK Federal Building
15 New Sudbury Street, Room 475
Boston, MA 02203-0506
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Boston Direct Dial: (617) 565-4805
FAX (617) 565-3196
Website: www.eeoc.gov

August 17, 2020

Blue E. Monroe
1 Brewery Square, Apt. T106
New Haven, CT 06513

Re: Monroe v. Bob's Discount Furniture, LLC
    EEOC Charge No. 523-2020-00914

Dear Ms. Monroe:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission") has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have examined your charge based upon the information and evidence you submitted. You allege you were subjected to employment discrimination because of your race and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

Based upon this analysis the Commission is unable to conclude that the information establishes a violation of Federal law on the part of Respondent. This does not certify that Respondent is in compliance with the statutes. No finding is made as to any other issue that might be construed as having been raised by this charge.

The Commission's processing of this charge has been concluded. Included with this letter is your Notice of Dismissal and Right to Sue. Following this dismissal, you may only pursue this matter by filing suit against the Respondent named in the charge within 90 days of receipt of said notice. Otherwise, your right to sue will be lost.

If you have any questions, please contact Anthony M. Pino, Jr., Enforcement Supervisor, at 1-617-565-3192, Monday to Friday, during normal business hours.

Sincerely,

*Jinny L. Miranda* For
_____
Kenneth An, JD
Director
Boston Area Office