THOMAS FRADY #410584
CRCI
295 SHAKER Rd
ENFIELD, CT 06082

HARTFORD CT 060
13 NOV 2020 PM 1 L
FOREVER USA
Barn Swallow
Energy Awareness Month

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
141 CHURCH STREET
NEW HAVEN, CONNECTICUT
06510

ATTN: CLERK OF COURTS

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

06510-207899